**Juan Carlos RIVERA–RIVERA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71076.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 12, 2010.

David Martin Paz Soldan, Esquire, Law Office of David Paz–Soldan, Los Angeles, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Rebecca Ariel Hoffberg, Esquire, Trial, OIL, DOJ–U.S. Department of Justice, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, Civil Division/Office of Immigration Litigation, Washington, DC, District Counsel, Esquire, Office of The District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of The District Counsel Department Of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Juan Carlos Rivera–Rivera, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for special rule cancellation of removal under the Nicaraguan Adjustment and Central American Relief Act of 1997 ("NACARA"). We have jurisdiction under 8 U.S.C. § 1252. Reviewing de novo questions of law, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir.2008), we deny the petition for review.

Rivera–Rivera's contention is foreclosed by *Barrios v. Holder*, 581 F.3d 849, 858 (9th Cir.2009) (holding that a minor who seeks relief as a derivative under NACARA must personally satisfy the seven-

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

year continuous physical presence requirement).

## PETITION FOR REVIEW DENIED.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.